1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Jessica D Doucet

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JESSICA D DOUCET, | ) Case No.: 2:12-CV-04797 DTB |
|---|---|
| Plaintiff, | ) {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   January 7, 2014

_____
THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-